## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MARISELDA HERNANDEZ-GRUBB,<br><br>               Defendant. | No.  21 MJ 00136 BAM<br><br>**DETENTION ORDER**<br><br>(Violation of Pretrial Release) |

     After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the United States' motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release be revoked and this defendant detained based upon the following findings:

| | |
|---|---|
| X | there is presently probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his release will endanger another or the community; or |
| X | there is presently clear and convincing evidence that the defendant has violated another condition of release; and |
| X | based on the factors set forth in 18 U.S.C. § 3142(g) there is presently no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person of the community; or |
| X | presently the person is unlikely to abide by any condition or combination of conditions of release.  Fed. R. Crim. P. 46(c), 18 U.S.C. § 3148. |

   IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is temporarily committed, pending her pretrial violation proceedings under 18 U.S.C. § 3148, to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with counsel.  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.
IT IS SO ORDERED.

Dated:  **December 17, 2021**                         /s/ Signature
                                                      UNITED STATES MAGISTRATE JUDGE